150 A.3d 16

Gary Lynn BROZIK, Appellant

v.

DEPT. OF CORRECTIONS RECORDS,
Dept. SCI–Smithfield, Appellees

No. 14 WAP 2016

Supreme Court of Pennsylvania.

October 18, 2016

398

## ORDER

PER CURIAM

**AND NOW,** this 18th day of October, 2016, the order of the Commonwealth Court is hereby **AFFIRMED.**